DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

IN RE GLENAIRE, INC.

No. 111P95

Case below: 117 N.C.App. 731

Motion by respondents to dismiss the appeal for lack of substantial constitutional question allowed 4 May 1995. Petition by petitioner (Wake County) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

IN RE THOMPSON

No. 104A95

Case below: 117 N.C.App. 731

Petition by petitioner (Wake County Dept. of Social Services) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 4 May 1995.

LAUREL WOOD OF HENDERSON, INC. v.
N.C. DEPT. OF HUMAN RESOURCES

No. 102A95

Case below: 117 N.C.App. 601

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 4 May 1995.

PITTMAN v. BARKER

No. 65P95

Case below: 117 N.C.App. 580

Petition by defendants (William E. Clark and Sarah Guy Pittman) for writ of supersedeas denied and temporary stay dissolved 4 May 1995. Petition by defendant (William E. Clark) for discretionary review pursuant to G.S. 7A-31 denied 4 May 1995.

SCARLETT v. RILEY

No. 135P95

Case below: 118 N.C.App. 174

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 4 May 1995.